**[J-102-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, | : | No. 19 MAP 2018 |
| | : | |
| | : | |
| | : | Appeal from the Order of the |
| Appellant | : | Commonwealth Court dated October |
| | : | 24, 2017 at No. 386 CD 2017 |
| | : | Affirming the Order of the Delaware |
| v. | : | County Court of Common Pleas, Civil |
| | : | Division, at No. 2016-07613 dated |
| | : | March 8, 2017. |
| GINA GIFFORD, AS PERSONAL | : | |
| REPRESENTATIVE FOR VINCENT | : | ARGUED:  December 5, 2018 |
| GIFFORD, DECEDENT, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  February 20, 2019**

**AND NOW**, this 20th day of February, 2019, the appeal is DISMISSED as moot.